IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DOCKET

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BENSON RAITITI KARIUKI,
a/k/a JACKSON MAINA NDIRANGU,

        Defendant.

Case No. 20-20066-DDC-JPO

# INDICTMENT

The Grand Jury Charges:

## Count 1

False Statement in Application for Passport
(18 U.S.C. § 1542)

On or about August 10, 2018, in the District of Kansas, the defendant,

**BENSON RAITITI KARIUKI,
a/k/a JACKSON MAINA NDIRANGU,**

willfully and knowingly made a false statement in a renewal application for a United States passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, that is, the defendant submitted a renewal application containing

false information about his identity, including a false name and date of birth, in violation of Title 18, United States Code, Section 1542.

## Count 2
Use of Passport Secured by False Statement
(18 U.S.C. § 1542)

On or about August 10, 2018, in the District of Kansas, the defendant,

**BENSON RAITITI KARIUKI,**
**a/k/a JACKSON MAINA NDIRANGU,**

willfully and knowingly used and attempted to use a U.S. passport, ending in number 1142, issued under the authority of the United States, the issuance of which was secured by reason of at least one false statement made in the application therefore, that is, the defendant submitted an application containing false information about his identity, including a false name and date of birth, which said passport the defendant used and attempted to use by submitting it with a renewal application for a United States passport, in violation of Title 18, United States Code, Section 1542.

### FORFEITURE NOTICE

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(6).

Upon conviction of the offenses in violation of Title 18, United States Code, Section 1542, set forth in Counts 1 and 2 of this Indictment, the defendant,

**BENSON RAITITI KARIUKI,**
**a/k/a JACKSON MAINA NDIRANGU,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6):

    (A) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense[s]; and

    (B) any property, real or personal –

        i. that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense[s], or

        ii. that was used to facilitate, or was intended to be used to facilitate, the commission of the offenses.

All pursuant to Title 18 United State Code, Section 982(a)(6).

                                          A TRUE BILL.

Dated: October 21, 2020                      */s/ Foreperson*
                                                FOREPERSON

*/s/ Ryan J. Huschka,* # 23840, for
STEPHEN R. MCALLISTER
United States Attorney

Robert J. Dole Courthouse
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Phone: 913-551-6730
Fax: 913-551-6541
Stephen.McAllister@usdoj.gov
Kansas Sup. Ct. No. 15845

(It is requested that trial of the above-captioned case be held in Kansas City, Kansas.)

3

## PENALTIES:

- A term of imprisonment not to exceed ten (10) years.
- A fine not to exceed $250,000.
- A term of supervised release not to exceed three (3) years.
- A mandatory special assessment of $100.
- Forfeiture allegation.